# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JAKE LEON MILLS

NO. 2023 KW 1332

**FEBRUARY 16, 2024**

---

In Re:   State of Louisiana, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 589075.

---

**BEFORE:   WELCH, WOLFE, AND STROMBERG, JJ.**

**WRIT GRANTED.** The trial court's ruling granting the defendant's "Motion for Verdicts Other Than Conviction to be by Concurrence of Ten Jurors" is reversed. In **Ramos v. Louisiana,** 590 U.S. ----, 140 S.Ct. 1390, 206 L.Ed.2d 583 (2020), the Supreme Court did not distinguish between acquittals and convictions when declaring nonunanimous verdicts unconstitutional. **State v. Rodgers,** 2021-190 (La. App. 3d Cir. 4/14/21), 318 So.3d 315, 316, writ denied, 2021-00675 (La. 9/27/21), 324 So.3d 87. Therefore, we find that the defendant's argument that he is entitled to a nonunanimous jury verdict for an acquittal is without merit. Accordingly, this matter is remanded to the trial court for further proceedings consistent with this ruling.

**JEW**
**EW**

**Stromberg, J.,** dissents.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT